# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**CLOVIS L. DOUGLAS**,

    Petitioner,

v.

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.**,

    Respondents.

Civil Action No. 7:14-CV-60 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Stephen Hyles (Doc. 16) in which he recommends granting Respondents' Motion to Dismiss (Doc. 14) and denying Petitioner's motions for appointment of counsel (Docs. 9, 11) as moot. Petitioner filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. The Court hereby grants Respondents' Motion to Dismiss. Petitioner's motions for appointment of counsel are denied as moot.

**SO ORDERED**, this 20th day of October, 2014.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

aks